IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06- 30 - 3 |
| DWAYNE CHAVOUS, PERCY SKINNER AND TIMOTHY McBRIDE, | : |
| Defendant. | : |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Timothy McBride, pursuant to an Indictment returned against him by the Federal Grand Jury on March 28, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: March 28, 2006

AND NOW, this ___28___ day of ___March___, 2006, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Timothy McBride.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge