≈AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

TIMOTHY McBRIDE

**WARRANT FOR ARREST**

Case Number:    CR 06-30-3

REDACTED

FILED 2006 APR 28 AM 9:37 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    _____ TIMOTHY McBRIDE _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO POSSESS COCAINE WITH INTENT TO MANUFACTURE MORE THAT 50 GRAMS OF COCAINE BASE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 _____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Evette Water, Deputy Clerk
Signature of Issuing Officer

3/29/06 in WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4/27/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/26/06 | S/A ERIC Miller | Eric Miller |