UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Timothy McBride<br><br>Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR 06-30-3 (KAJ)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The defendant, upon entering a plea of not guilty to the Indictment on **May 4, 2006** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until **June 23, 2006**. The time between the date of this order and **June 23, 2006** shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney