IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-30-KAJ |
| | ) | |
| DWAYNE CHAVOUS, PERCY SKINNER | ) | |
| and TIMOTHY McBRIDE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **7**[th] day of **November, 2006**,

IT IS HEREBY ORDERED that the scheduling conference presently set for **November 9, 2006 at 4:30 p.m.** is hereby rescheduled to **November 9, 2006 at 12:30 p.m.**, as a scheduling teleconference. **Counsel for the Government shall initiate the call.**

_____
UNITED STATES DISTRICT JUDGE