## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-06-30-3 (KAJ) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY McBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF SPEEDY TRIAL

The defendant, individually and through counsel, hereby waives his right to speedy trial

under the Federal Constitution and the Speedy Trial Act (see attached).

EUGENE J. MAURER, JR.
EUGENE J. MAURER, JR., P.A.
1201-A King Street
Wilmington, DE 19801
Attorney for Defendant

Dated: November 17, 2006

I, Timothy McBride, hereby waive my right to a Speedy Trial under the Federal Constitution and the Speedy Trial Act

Timothy McBride

11-17-06