IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-30-3 JJF |
| TIMOTHY MCBRIDE, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, by letter dated March 1, 2007, the Government advised the Court that a plea offer is being considered by the Defendant (D.I. 56);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Government shall notify the Court as to the status of the above-captioned case no later than **March 30, 2007**, or file a Proposed Plea Agreement. The Court will schedule a Rule 11 hearing upon receipt of the Proposed Plea Agreement.

2. The time between March 1, 2007 and March 30, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 13, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

