

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

March 29, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Timothy McBride**
           **Criminal Action No. 06-30-03-JJF**

Dear Judge Farnan:

    Please accept this letter as a status report regarding the plea agreement the Government has reached with the defendant.

    On March 27, 2007, the Attorney General's Office for the State of Delaware reported that an Information was filed in Superior Court for New Castle County, Delaware, charging the defendant with Maintaining a Dwelling, in violation of 16 Del. C. §4755(a)(5). The U.S. Attorney's Office is awaiting a copy of that Information, which will be forwarded to defense counsel, Eugene J. Maurer, Jr., Esquire. The Deputy Attorney General assigned to the matter has drafted a Writ of Habeas Corpus Ad Prosquendum and is prepared to file it with Superior Court when a date is assigned for the guilty plea.

    The Government respectfully submits a proposed Order excluding under the Speedy Trial Act the time between April 1 and April 30, 2007.

                                                                  Respectfully,

                                                                COLM F. CONNOLLY
                                                                United States Attorney

                                                         By:
                                                             Edmond Falgowski
                                                             Assistant United States Attorney

pc:  Eugene J. Maurer, Jr., Esquire
       Brian Robertson, Deputy Attorney General

EF:slb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-30-3-JJF |
| | ) | |
| TIMOTHY McBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, by letter dated March 29, 2007, the Government advised the Court that pursuant to its agreement with the Defendant, a Criminal Information has been filed in the Superior Court for New Castle County, Delaware, and the parties are awaiting a scheduling date for the guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Government shall notify the Court as to the status of the above-captioned case no later than April 30, 2007, or file a proposed plea agreement.

2. The time between April 1, 2007 and April 30, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).

HONORABLE JOSEPH J. FARNAN, JR.
United States District Court