IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-30-3-JJF |
| | ) | |
| TIMOTHY McBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

WHEREAS, by letter dated March 29, 2007, the Government advised the Court that pursuant

to its agreement with the Defendant, a Criminal Information has been filed in the Superior Court for

New Castle County, Delaware, and the parties are awaiting a scheduling date for the guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Government shall notify the Court as to the status of the above-captioned case no

later than April 30, 2007, or file a proposed plea agreement.

2.    The time between April 1, 2007 and April 30, 2007, shall be excludable under the Speedy

Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court        3/30/07



F I L E D

MAR 3 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE